B. B. WHITEHEAD v. THE STATE.

*No. 840.   Decided February 12th, 1896.*

**Refusing, etc., to List Property for Taxation—Recognizance on Appeal.**

A recognizance on appeal, from a conviction for refusing and neglecting, in a certain school district, to render property for taxation under Art. 113, Penal Code, is fatally defective, which recites the offense charged in the alternative and which fails to recite that the appellant owned taxable property in said school district.

APPEAL from the County Court of Eastland.   Tried below before Hon. G. W. DAKAN, County Judge.

Appellant was indicted for refusing and neglecting to make out and render a list of the taxable property owned by him and subject to taxation in the Rising Star Free School Incorporation of Eastland County, when legally called upon to do so by the assessor of taxes for said incorporation.   The trial resulted in his conviction, with the punishment assessed at a fine of $50.   From this judgment he attempted to prosecute this appeal.

The Assistant Attorney-General moved to dismiss the appeal because the recognizance was fatally defective.

[No brief for appellant.]

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—The appellant was charged with refusing and neglecting to render for taxation the taxable property, owned by him, within the limits of a certain school incorporation, under Article 113 of the Penal Code.   The recognizance recites that appellant stands charged with the offense of refusing "or" neglecting to make out and render a list of his taxable property when so called upon, in person, by the assessor of taxes.   The motion to dismiss the appeal in this case, we think, is well taken.   The recognizance recites the offense with which the defendant stands charged in the alternative, and, besides, it fails to recite that the defendant then owned any property subject to taxation in said incorporated school district.   Because of these defects in the recognizance, the appeal is dismissed.

*Appeal Dismissed.*